**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VAUGHN WATTREE,
REG. #16217-045                                                                                          PLAINTIFF

v.                                     2:11-cv-00146-SWW-JTK

UNITED STATES OF AMERICA, et al.                                                            DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's allegations of harassment, abuse, termination of job, and discrimination are DISMISSED for failure to state a claim.

IT IS SO ORDERED this 2nd day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE