IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VAUGHN WATTREE,
REG. #16217-045                                                                                       PLAINTIFF

V.                              2:11-cv-00146-SWW-JTK

UNITED STATES OF AMERICA, et al.                                              DEFENDANTS

## ORDER

Defendants shall provide the last-known address of Defendant Dr. H. Iskander, under seal, within ten days of the date of this Order.

IT IS SO ORDERED this 23rd day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE