**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VAUGHN WATTREE,
REG. #16217-045                                                                                          PLAINTIFF

v.                                         2:11-cv-00146-SWW-JTK

UNITED STATES OF AMERICA, et al.                                                       DEFENDANTS

**ORDER**

This matter is before the Court on the Defendants' Motions to Dismiss (Doc. Nos. 51, 54, 57).  As of this date, Plaintiff has not filed a response to the Motions.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motions to Dismiss (Doc. Nos. 51, 54, 57) within ten (10) days of the date of this Order.  Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE