IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VAUGHN WATTREE,                                                              PLAINTIFF
REG. #16217-045

v.                                    2:11-cv-00146-JTK

UNITED STATES OF AMERICA, et al.                                          DEFENDANTS

**ORDER**

Plaintiff's Motion for Extension of Time in which to respond to Defendants' Motions to Dismiss (Doc. No. 65) is GRANTED. Plaintiff shall file his Responses to Defendants' Motions within thirty days of the date of this Order. Failure to file responses may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 5th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE