# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

VAUGHN WATTREE,                                                                PLAINTIFF
REG. #16217-045

v.                                    2:11-cv-00146-JTK

UNITED STATES OF AMERICA, et al                                         DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to

prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 10th day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1